**Exhibit A to the Complaint**

**Location:** Fort Myers, FL  
**Total Works Infringed:** 29  
**IP Address:** 98.238.123.186  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 315D6998E997E35BA990750436DC4FCC9A8D1E5D | 05/13/2019 23:55:52 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 2 | 0337F841CFA3247F1F29D4A4D2230A831D4653FB | 02/27/2019 04:09:39 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 3 | 042F989BADA759BC435F65401EF1D22BACA977AD | 02/12/2019 03:27:27 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 4 | 0667EB9B358B2AD31CE90C534F675E7D9ABBC2CE | 05/11/2019 22:14:23 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 5 | 072EB61B814EC6ADC8FEA2E1065399B241DF0809 | 01/23/2019 22:00:56 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 6 | 3F7F7710D370E7AC5724AAC1F692709FBC6656AE | 02/04/2019 20:26:07 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 7 | 518A1526D57B2B324D29D87CF7E4C0ECD1A6DEE8 | 04/26/2019 08:59:48 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 8 | 694A1B3FC313E958E5C4A550604E55ABD02FF248 | 01/27/2019 16:43:03 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 9 | 6C0E4AF4755F7390B3BAAA5187651D8101530F4E | 01/19/2019 04:38:07 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 10 | 7360116C6743408B4132FBC92BE8AC7AE69E85F2 | 03/10/2019 17:00:19 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 11 | 7B70B772C331048C6ED42CF35B4C058BA7544703 | 04/17/2019 18:47:40 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 12 | 8B2548496AD120D1FD096380F223C0C37D42B2B1 | 04/10/2019 20:08:25 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 13 | A1E4A3FD84E11201F72A64420E8793ABFEBB06A6 | 02/04/2019 18:41:44 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 14 | A2386CF3BF6883461718DDF04E3D5D7D2FB82935 | 01/26/2019 11:28:29 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 15 | A6D7BBF776B0F892CAB93A5EC1E6BE0E35B8F66C | 01/18/2019 21:55:15 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 16 | A913010CC1A52DF3AC722D912B514555FDAD4B64 | 02/15/2019 07:56:58 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 17 | B5CEE0A8A1692A6027EBD1AEDBB8B2B521115E94 | 02/13/2019 03:28:48 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | B96BCDF4558FFA95A926B8F0957D4832CB123808 | 05/13/2019 23:58:12 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 19 | C0A78970493FC6A3E4412DBE98BB14933B2A8C8D | 01/27/2019 04:38:43 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 20 | C292EE73436F8751B8EB80362F5BBD66383D9403 | 02/18/2019 06:35:38 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 21 | C6D3B3923ED70065CC4BC6D4C02F7E0D3CC6749C | 03/03/2019 12:24:34 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 22 | C9F33CBBA97AD447098DDEBA78E24020D3938C10 | 04/06/2019 05:59:09 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 23 | CB739750CEFC438579ADE6BE9B2C89F7AB0F20D3 | 01/27/2019 19:32:32 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 24 | CBD012A4BE8D1B571A2EDC09273EDF54165A2AB9 | 01/26/2019 12:39:29 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 25 | CEDE475B581EF5800AD87D5278575823F78EAD59 | 02/13/2019 04:52:13 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 26 | D0C5516A748D70E3E7ABB227182551734BE92825 | 01/25/2019 06:27:28 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 27 | F823708E40F8DAAD728E307409CED40982D35919 | 01/19/2019 18:38:06 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 28 | FE1338CBCA830E3405AB4200C9EBC6C5093DFBB1 | 04/13/2019 02:59:16 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 29 | FF5C5EF547F4464B995B70C2CD7EE97D4C3B15D1 | 01/26/2019 16:52:42 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |