## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

Case No. 2:19-cv-00438-SPC-MRM

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 98.238.123.186, an individual,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 98.238.123.186 ("Defendant") through his or her counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: September 20, 2019        Respectfully submitted,

                                                   GREENSPOON MARDER, LLP

                                                   /s/ *Rachel E. Walker*_____
                                                   RACHEL E. WALKER (FL Bar No. 111802)
                                                   600 Brickell Avenue, Suite 3600
                                                   Miami, FL 33131
                                                   Telephone: (305) 789-2770
                                                   Facsimile: (305) 537-3909
                                                   Primary Email: Rachel.Walker@gmlaw.com
                                                   SecondaryEmail: Gloria.Donaire@gmlaw.com

                                                   *Attorneys for Plaintiff*